IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ALLEN ALFONSO ADAMS,          )
                              )
        Plaintiff,            )
                              )
v.                            )          CASE NO. CV695-141
                              )
DAVID THOMPSON, Warden,       )
Georgia State Prison; TOMMY   )
REDDISH, Deputy Warden of     )
Care and Treatment; and ANN   )
MOBLEY, nurse;                )
                              )
        Defendants.           )
_____)

#### O R D E R

Before the Court are Plaintiff Allen Alfonso Adams's

Motion for Amended Joined Party (Doc. 89), Motion for Out-

of-Time Appeal (Doc. 90), and Motion for Leave to Proceed

In Forma Pauperis (Doc. 91). After a review of Plaintiff's

motions and the record in this case, the Court can discern

no grounds for relief. Accordingly, Plaintiff's motions are

**DENIED.**

SO ORDERED this *16th* day of March 2015.

**U. S. DISTRICT COURT**
**Southern District of Ga.**
**Filed in Office**

_____3/16 2015_____

**Deputy Clerk**

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA