FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 28 AM 11:35
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ALLEN ALFONSO ADAMS,  )
 )
    Plaintiff,  )
 )
v.  )   CASE NO. CV695-141
 )
DAVID THOMPSON, Warden,  )
Georgia State Prison; TOMMY  )
REDDISH, Deputy Warden of  )
Care and Treatment; and ANN  )
MOBLEY, nurse;  )
 )
    Defendants.  )

## ORDER

Before the Court is Plaintiff Allen Alfonso Adams's Motion for Reconsideration. (Doc. 94.) In his motion, Plaintiff asks this Court to reconsider its prior order (Doc. 92) denying his Motion to Amend (Doc. 89), Motion for Out of Time Appeal (Doc. 90), and Motion for Leave to Proceed In Forma Pauperis (Doc. 91). After a careful review of Plaintiff's filings and the record, the Court finds no reason to disturb its prior order. Accordingly, Plaintiff's Motion for Reconsideration is **DENIED**.

SO ORDERED this **28th** day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA